FILED

04/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

Amy Eddy
ASBESTOS CLAIMS COURT JUDGE
Flathead County Justice Center
920 South Main
Kalispell, MT 59901
(406) 758-5667

IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE ASBESTOS LITIGATION, *Consolidated Cases* | Cause No. AC 17-0694 ORDER APPROVING SETTLEMENT (Robinson Insulation Receivership) |

Receiver Nancy Gibson, Matthew Bergman, counsel for Jeremiah and Karen Hartle, and Allan McGarvey on behalf of certain Libby Plaintiffs have jointly moved the Court to authorize the Receiver's settlement of the Hartles' claims against Robinson Insulation Company ("Robinson") in Cause No. DV-15-2018-532B, on terms that allow the settlement proceeds to be held by the Receiver, with distribution to be made upon further motion of the Hartles. A copy of the settlement agreement ("Confidential Release and Settlement Agreement"), submitted under seal, has been reviewed by this Court.

The court finds and concludes as follows:

(1)     This Court's March 23, 2018, Order (herein "Order") creating the receivership granted authority for the receiver to make demands that the insurers settle claims against Robinson (Order ¶1(c)). The Order, at Order ¶2 (a),(b) requires that the Receiver obtain this Court's approval of "specific proposals" for settlement.

(2)     The proposed settlement entered into by the Receiver and its insurers is appropriately made subject to this Court's approval.

(3)     The settlement is in the best interests of the Robinson Receivership estate because it achieves a release of the Hartles' claims against Robinson.

(4)     The settlement provides, at paragraph 13, that  the question of "[w]hether the Settlement Sum is to be paid to Releasors, to the Receiver of Robinson Insulation Company, or to a settlement fund or other fund established by the Receiver of Robinson Insulation Company shall depend on the direction provided by the Asbestos Claims Court in its final order approving this Agreement," which provision assures that this Court can approve the settlement and, at the same time, protect the interests, if any, arising from any limited fund of insurance proceeds.

1

(5)     Distribution of settlement proceeds to the Hartles, in view of contentions, if any, arising from any limited fund of insurance proceeds is best addressed upon Hartles' motion for distribution, and any concerns of the Libby Plaintiffs or others with respect to the limited funds of indemnity insurance coverage of claims against Robinson will be addressed upon such motion.

Wherefore, IT IS HEREBY ORDERED:

(1)     The Confidential Release and Settlement Agreement settling and releasing the Hartles' claims against Robinson Insulation Company (a dissolved corporation), and Nancy Gibson, as court-appointed Receiver for Robinson Insulation Company, is hereby fully and finally approved.

(2)     Settlement proceeds shall be paid to the Receiver, Nancy Gibson, to be held by the Receiver, until such time as this Court rules on a motion by the Hartles for distribution.

(3)     Any concerns of the Libby Plaintiffs or others with respect to any limited funds of indemnity insurance coverage of claims against Robinson will be addressed upon such motion for distribution.

DATED AND ELECTRONICALLY SIGNED AS NOTED BELOW.

4/17/2020

/s/ Amy Eddy

_____
Amy Eddy, Asbestos Claims Court Judge

2